## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WARREN REAL ESTATE HOLDINGS, INC., a Texas Corporation,     ) ) ) | |
|     Plaintiff,     ) ) | |
| v.     ) ) | Case No. CIV-24-1289-SLP |
| SINCLAIR CONSTRUCTION GROUP, INC., ) and MEGASLAB, INC.,     ) ) | |
|     Defendants.     ) | |

## **O R D E R**

Before the Court is the Notice of Bankruptcy [Doc. No. 87] filed by Defendant Megaslab, Inc.  The Notice reflects Megaslab has filed a Chapter 11 bankruptcy action in the United States Bankruptcy Court for the Northern District of Georgia, Case No. 26-52937, thereby triggering an automatic stay.  *See* [Doc. No. 87]; *see also* 11 U.S.C. § 362(a).  Accordingly, this action is hereby STAYED as to Megaslab, Inc. pending the completion of the bankruptcy action or until the automatic stay is no longer in effect.

If the automatic stay in the bankruptcy action is lifted, a party may move within 30 days thereafter to lift the stay of claims against Megaslab, Inc. in this action.  Otherwise, a party may move to lift the stay of claims against Megaslab, Inc. in this action within 30 days of the completion of the bankruptcy proceeding.  If no party moves to lift the stay within that time period, this action will be deemed dismissed as to Megaslab, Inc. without prejudice.

IT IS SO ORDERED this 24th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE